**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 97-20303
_____


DEBORAH K DAWSON; ET AL

                                                Plaintiffs,

DEBORAH K DAWSON; TERRY A DAWSON, Individually and
next friend of Bradley L. Dawson, Crystal D Dawson, Brooke A
Bainter and Stacie M. Dawson, Minors; CHRISTOPHER S. DAWSON,

                                         Plaintiffs-Appellants,

VERSUS


HARRIS COUNTY CHILDREN'S PROTECTIVE SERVICES; ET AL

                                                Defendants,

JOHNNIE DAY WILSON; JENNIFER WILLIAMS; RICHARD MEEHAN;
KIMBERLY PHILLIPS; JAMES R. HINE,

                                         Defendants-Appellees.


_____

Appeal from the United States District Court
for the Southern District of Texas
(H-95-CV-3855)
_____
February 17, 1998


Before REYNALDO G. GARZA, DUHÉ and STEWART, Circuit Judges.

PER CURIAM:[1]

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Affirmed.  See 5th Cir. Rule 47.6.